IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 314-008 |
| | ) | |
| MEGAN DEATON | ) | |

**IN RE: LEAVE OF ABSENCE**

Application for Leave of Absence has been requested in the above-captioned case by Carlton R. Bourne, Jr., for the period of September 9, 2014, through and including September 12, 2014.

The Court **APPROVES** the above and foregoing request for Leave of Absence.

SO ORDERED this 22nd day of August, 2014, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA